**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

AVANTAIR, INC., f/k/a
Ardent Acquisition Corp.

CORRECTIONS CORPORATION OF AMERICA d/b/a CCA of Tennessee, Inc.,

Appellant,

v. CASE NO: 8:14-CV-1742-JSM

TRUSTEE BETH ANN SCHARRER as Chapter 7 Trustee for the Bankruptcy Estate of Avantair, Inc. and THE N1692L FRACTIONAL APPELLEES,

Appellees.
_______________________________________/

**ORDER**

THIS CAUSE comes before the Court *sua sponte*. The Court notes that five (5) similar cases to the above-styled action have been filed. To conserve judicial resources in these cases, the Court concludes they should be consolidated into the lowest case number. It is therefore

ORDERED AND ADJUDGED that:

1. Case numbers 8:14-cv-743-JSM, 8:14-cv-744-JSM, 8:14-cv-745-JSM, 8:14-cv-746-JSM, and 8:14-cv-747-JSM are CONSOLIDATED into case number

8:14-cv-1742-JSM for all further proceedings.

2. The parties shall file all subsequent papers in lead case #8:14-cv-1742-JSM.

3. The Clerk is directed to ADMINISTRATIVELY CLOSE the following case numbers: 8:14-cv-743-JSM, 8:14-cv-744-JSM, 8:14-cv-745-JSM, 8:14-cv-746-JSM, and 8:14-cv-747-JSM.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

S:\Even\2014\14-cv-1742 consolidation.wpd