# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CORRECTIONS CORPORATION OF AMERICA,**

    Appellant,

v.                                                                                 Case No.  8:14-cv-1742-T-30
                                                                                         Bank. No. 8:13-bk-09719-CPM

**BETH ANN SCHARRER and THE N169SL FRACTIONAL APPELLEES,**

    Appellees.
_____/

## ORDER

THIS CAUSE comes before the Court upon Appellants Corrections Corporation of America, d/b/a CCA of Tennessee, Inc.'s Motion to Stay Distribution of Proceeds of any Sale Pending Resolution of Appeal to Eleventh Circuit Court of Appeals (Dkt. 47) and Appellee The N169SL Fractional Owners' Opposition (Dkt. 48).  The Court, having reviewed the motion, opposition, and being otherwise advised in the premises, concludes that the motion should be denied.

On January 22, 2015, CCA filed its Notice of Appeal, seeking appellate review of this Court's December 23, 2014 Order affirming the decision of the Bankruptcy Court.  CCA now moves for a stay of the distribution of proceeds of any sale pending resolution of the appeal.  This motion is denied because CCA has not established the four prerequisites to establish a stay.  *See Cunningham v. Adams*, 808 F.2d 815, 819 (11th Cir. 1987).  These four prerequisites are: (1) whether the movant has made a showing of likelihood of success on the

merits; (2) whether the movant has made a showing of irreparable injury if the stay is not granted; (3) whether the granting of the stay would substantially harm the other parties; and (4) whether the granting of the stay would serve the public interest. *Id.*; *see also Johnson v. U.S. Dept. of Agriculture*, 734 F.2d 774 (11th Cir. 1984).

Specifically, CCA has not established the first two prerequisites. With respect to the first prerequisite, CCA has not demonstrated a likelihood of success on the merits; that is, it has not "raised questions going to the merits so serious, substantial, difficult and doubtful as to make them a fair ground for litigation and thus for more deliberate inquiry." *In re Fundamental Long Term Care, Inc.*, 509 B.R. 387, 398 (Bankr. M.D. Fla. 2014) (quoting *Henkel v. Lickman (In re Lickman)*, 301 B.R. 739, 742-43 (Bankr. M.D. Fla. 2003)) .

With respect to the second prerequisite, CCA has not established irreparable injury. As Appellee points out, factors such as lost time, money, and energy do not support irreparable injury. *See Cunningham*, 808 F.2d at 821.

For these reasons, it is **ORDERED AND ADJUDGED** that: Appellants Corrections Corporation of America, d/b/a CCA of Tennessee, Inc.'s Motion to Stay Distribution of Proceeds of any Sale Pending Resolution of Appeal to Eleventh Circuit Court of Appeals (Dkt. 47) is denied.

**DONE** and **ORDERED** in Tampa, Florida on January 29, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2014\14-cv-1742.denystay47.frm